United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Shamar David  
    Debtor

Case No. 22-12470-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 08, 2023      Form ID: 155      Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shamar David, 5228 Westford Road, Philadelphia, PA 19120-3619 |
| 14724032 | + | BANK OF AMERICA, N.A., C/O BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14721622 | + | Bank of America, 6400 Legacy Drive, Plano, TX 75024-3609 |
| 14721624 | | Bank of America, N.A., POB 2010, Moorpark, CA 93020 |
| 14721627 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14721631 | + | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14721623 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 08 2023 23:58:00 | Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14723751 | ^ | MEBN | Feb 08 2023 23:56:18 | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14740706 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14721625 | | Email/Text: megan.harper@phila.gov | Feb 08 2023 23:59:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14726715 | + | Email/Text: documentfiling@lciinc.com | Feb 08 2023 23:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14721626 | + | Email/Text: documentfiling@lciinc.com | Feb 08 2023 23:58:00 | Comcast Cablevision, 11400 Northeast Ave., Philadelphia, PA 19116-3498 |
| 14729628 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 08 2023 23:58:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 14723155 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 08 2023 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14721629 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14735981 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 08 2023 23:58:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14723114 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 08 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14721632 | + | Email/PDF: ebnotices@pnmac.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 08, 2023 | Form ID: 155 | Total Noticed: 22 |

| Recip ID | | Bypass Reason | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | Feb 09 2023 00:03:35 | PennyMac, POB 514387, Los Angeles, CA 90051-4387 |
| 14733037 | + | Email/PDF: ebnotices@pnmac.com | | Feb 09 2023 00:03:47 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14723159 | | Email/PDF: ebnotices@pnmac.com | | Feb 09 2023 00:03:41 | Pennymac Loan Services, POB 514387, Los Angeles, CA 90051-4387 |
| 14722529 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | Feb 09 2023 00:03:41 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14721633 | | Email/Text: megan.harper@phila.gov | | Feb 08 2023 23:59:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14723154 | *+ | Comcast Cablevision, 11400 Northeast Ave., Philadelphia, PA 19116-3498 |
| 14721628 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14723156 | *+ | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 14721630 | * | PA Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 14723157 | *+ | PECO Bankruptcy Collections, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |
| 14723158 | *+ | PennyMac, POB 514387, Los Angeles, CA 90051-4387 |
| 14723160 | * | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Shamar David Perlick@verizon.net  pireland1@verizon.net |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 08, 2023 Form ID: 155 Total Noticed: 22
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shamar David
        Debtor(s)                           Chapter: 13

Bankruptcy No: 22−12470−elf
_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this February 7, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                          Eric L. Frank
                                                          Judge ,
                                                          United States Bankruptcy Court

                                                                                      28
                                                                                    Form 155