*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Shamar David
    Debtor(s)

Case No: 22–12470–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

**RESCHEDULED TIME ONLY*
OBJECTION FILED BY DEBTOR TO CLAIM NUMBER 1 BY CLAIMANT REGIONAL ACCEPTANCE CORPORATION.

on: 5/9/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 5/1/23

Timothy B. McGrath
Clerk of Court

37
Form 167