**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: SHAMAR DAVID | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No. 22-12470MDC |

### ORDER

AND NOW, this 10th day of May, 2023, after consideration of Debtor's Objection to the Proof of Claim filed by REGIONAL ACCEPTANCE CORPORATION, and after notice and opportunity to be heard, it is hereby

ORDERED that the Proof of Claim filed by REGIONAL ACCEPTANCE CORPORATION, is disallowed as filed, and ORDERED that the claim is disallowed.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE