# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Shamar David a/k/a Shamar David-Fetherson
                        Debtor(s)

BANK OF AMERICA, N.A., its successors and/or assigns
                        Movant

        vs.

Shamar David a/k/a Shamar David-Fetherson
                        Debtor(s)

Kenneth E. West
                        Trustee

CHAPTER 13

NO. 22-12470 MDC

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **May 4, 2023 as Docket # 39**.

Dated: June 7, 2023

                        Respectfully submitted,

                        /s/ Mark A. Cronin
                        Mark A. Cronin, Esq.
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        Phone: (215)-627-1322
                        mcronin@kmllawgroup.com