IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   SHAMAR DAVID          :   CHAPTER 13
                               :
                               :
         DEBTOR                :   Bankruptcy No. 22-12470

ORDER

AND NOW, this 8th day of June, 2023, upon consideration of the Debtor's Motion to Amend Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED, and Debtor's amended plan is hereby approved.

It is further ORDERED that if Shamar David (the "DEBTOR") and PennyMac Loan Services, LLC ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C. 362.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE