United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12470-mdc
Shamar David | Chapter 13
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 08, 2023 | Form ID: pdf900 | Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

**Recip ID**    **Recipient Name and Address**
db         + Shamar David, 5228 Westford Road, Philadelphia, PA 19120-3619

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 09 2023 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2023 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2023 | Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:**

**Name**            **Email Address**
BRIAN CRAIG NICHOLAS
              on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
              on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

District/off: 0313-2                          User: admin                                        Page 2 of 2
Date Rcvd: Jun 08, 2023                       Form ID: pdf900                              Total Noticed: 3

KENNETH E. WEST
                        ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
                        on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
                        on behalf of Creditor BANK OF AMERICA  N.A. mfarrington@kmllawgroup.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
                        on behalf of Debtor Shamar David Perlick@verizon.net  pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com


TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:     SHAMAR DAVID        :     CHAPTER 13
                               :
                               :
           DEBTOR              :     Bankruptcy No. 22-12470

                             ORDER


        AND NOW, this 8th    day of    June    , 2023, upon

consideration of the Debtor's Motion to Amend Plan Post-

Confirmation, it is hereby ORDERED that said motion is GRANTED,

and Debtor's amended plan is hereby approved.

        It is further ORDERED that if Shamar David (the "DEBTOR")

and PennyMac Loan Services, LLC ("Mortgagee") elect to enter

into the proposed loan modification under the terms proposed by

the Mortgagee, the debtor and Mortgagee may do so without there

being any violation of the bankruptcy stay, or the previous

provisions of 11 U.S.C. 362.


                        BY THE COURT:


                        _____
                        MAGDELINE D. COLEMAN
                        CHIEF U.S. BANKRUPTCY JUDGE