IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     SHAMAR DAVID            :     CHAPTER 13
                                   :
                                   :
           DEBTOR                  :     BANKRUPTCY No. 22-12470 MDC

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:            $1,000.00
Net amount to be paid by the Trustee  $1,000.00


_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated: __July 24, 2023__