**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SHAMAR DAVID | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | Bankruptcy No. 22-12470MDC |

ORDER

AND NOW, this 3rd day of Nov., 2023, it is hereby ORDERED that if SHAMAR DAVID (the "DEBTOR") and Pennymac Loan Services ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the debtors and Mortgagee may do so without there being any violation of the bankruptcy stay, or the previous provisions of 11 U.S.C. 362.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE