IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHAMAR DAVID         :    CHAPTER 13
                               :
                               :
         DEBTOR                :    BANKRUPTCY No. 22-12470MDC

ORDER

AND NOW, this **4th** day of **January**, 2024, upon consideration of the Debtors' Motion to Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE