# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shamar David a/k/a Shamar David-Fetherson<br>　　　　　　　　Debtor(s) | |
| BANK OF AMERICA, N.A.<br>　　　　　　　　Movant<br>　　vs. | CHAPTER 13 |
| Shamar David a/k/a Shamar David-Fetherson<br>　　　　　　　　Debtor(s) | NO. 22-12470 MDC |
| Kenneth E. West<br>　　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of BANK OF AMERICA, N.A., which was filed with the Court on or about January 18, 2024, Document No. 69.

Dated: March 26, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322