# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHAMAR DAVID                  : Bankruptcy No. 22-12470DJB
                                        :
                                        :
         Debtor                         : Chapter 13

## **O R D E R**

AND NOW, this         day of           , 2025, upon consideration of the movant's Motion for Relief from the Automatic Stay, debtor's answer thereto and after opportunity for a hearing, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

_____
THE HONORABLE DEREK J. BAKER