**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    SHAMAR DAVID                    : Bankruptcy No. 22-12470DJB
                                          :
                                          :
         Debtor                           : Chapter 13

### CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter do hereby certify that I sent to the Trustee and all interested parties in the above captioned case, a true and correct copy of the Debtor's Answer to the Motion for Relief by first class mail or electronic mail on April 14, 2025.

/s/ Zachary Perlick
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102