UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHAMAR DAVID          : Bankruptcy No. 22-12470
                                :
                                :
          DEBTOR                : Chapter 13

## CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan
- Notice of Motion
- Modified Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 5/14/25

/Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922
zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

**22-12470-djb** Shamar-David
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **Judge:** Derek J Baker
**Date filed:** 09/15/2022 **Date of last filing:** 04/14/2025 **Plan confirmed:** 02/07/2023

# Creditors

| | |
|---|---|
| **Bank of America**<br>6400 Legacy Drive<br>Plano, TX 75024 | (14721622)<br>(cr) |
| **Bank of America**<br>PO Box 982235<br>El Paso, TX 79998 | (14721623)<br>(cr) |
| **Bank of America, N.A.**<br>POB 2010<br>Moorpark, CA 93020 | (14721624)<br>(cr) |
| **BANK OF AMERICA, N.A.**<br>C/O BRIAN CRAIG NICHOLAS<br>KML Law Group, P.C.<br>701 Market Street, Ste. 5000<br>Philadelphia, PA 19106 | (14724032)<br>(ntcapr) |
| **BANK OF AMERICA, N.A.**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (14723751)<br>(ntcapr) |
| **City of Philadelphia**<br>Law Department, Enforecment Div.<br>1515 Arch Street, 15th Fl.<br>Philadelphia, PA 19102-1508 | (14721625)<br>(cr) |
| **COMCAST**<br>PO BOX 1931<br>Burlingame, CA 94011 | (14726715)<br>(cr) |
| **Comcast Cablevision**<br>11400 Northeast Ave.<br>Philadelphia, PA 19116-3445 | (14723154)<br>(cr) |
| **Comcast Cablevision**<br>11400 Northeast Ave.<br>Philadelphia, PA 19116-3445 | (14721626)<br>(cr) |
| **Educational Credit Management Corporation**<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (14729628)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (14723155)<br>(cr) |

| Creditor | ID |
|---|---|
| P.G.W.<br>800 W. Montgomery Ave.<br>Philadelphia, PA 19122-0050 | (14723156)<br>(cr) |
| P.G.W.<br>800 W. Montgomery Ave.<br>Philadelphia, PA 19122-0050 | (14721628)<br>(cr) |
| P.G.W.<br>800 W. Montgomery Ave.<br>Philadelphia, PA 19122-0050 | (14721627)<br>(cr) |
| PA Department of Revenue<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | (14721630)<br>(cr) |
| PA Department of Revenue<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | (14721629)<br>(cr) |
| PECO<br>2301 Market Street, 04 NW<br>Philadelphia, PA 19101 | (14735981)<br>(cr) |
| PECO Bankruptcy Collections<br>2301 Market Street, N3-1<br>Philadelphia, PA 19103 | (14721631)<br>(cr) |
| PECO Bankruptcy Collections<br>2301 Market Street, N3-1<br>Philadelphia, PA 19103 | (14723157)<br>(cr) |
| Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128 | (14723114)<br>(cr) |
| PennyMac<br>POB 514387<br>Los Angeles, CA 90051 | (14721632)<br>(cr) |
| PennyMac<br>POB 514387<br>Los Angeles, CA 90051 | (14723158)<br>(cr) |
| Pennymac Loan Services<br>POB 514387<br>Los Angeles, CA 90051-4387 | (14723159)<br>(cr) |
| PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020 | (14733037)<br>(cr) |
| Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 | (14722529)<br>(cr) |

**Water Revenue Bureau**
1401 J.F.K. Blvd.
Philadelphia, PA 19102

(14721633)
(cr)

**Water Revenue Bureau**
1401 J.F.K. Blvd.
Philadelphia, PA 19102

(14723160)
(cr)

**Water Revenue Bureau**
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

(14740706)
(cr)

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/14/2025 11:41:52 | | | |
| **PACER Login:** | Ireland1969 | **Client Code:** | |
| **Description:** | Creditor List | **Search Criteria:** | 22-12470-djb Creditor Type: All |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |