UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    SHAMAR DAVID           : Bankruptcy No. 22-12470
                                 :
                                 :
          DEBTOR                 : Chapter 13

### AMENDED CERTIFICATION OF SERVICE

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan
- Notice of Motion
- Modified Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 5/14/25        /Zachary Perlick/
                     Zachary Perlick, Esquire
                     1420 Walnut Street, Suite 718
                     Philadelphia, PA  19102
                     (215) 569-2922
                     zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

215 627 1322
dcarlon@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail ___Certified Mail ___e-mail:_____ __ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Shamar David
5228 Westford Road
Philadelphia, PA 19120
Debtor

Via: __CM/ECF X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the attached list

Via: __CM/ECF X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Case type: **bk** Chapter: **13** Asset: **Yes** Vol: **v** Judge: Derek J Baker
Date filed: 09/15/2022 **Date of last filing:** 05/24/2025 **Plan confirmed:** 02/07/2023

# Creditors

| Creditor | ID |
|---|---|
| **Bank of America**<br>6400 Legacy Drive<br>Plano, TX 75024 | (14721622)<br>(cr) |
| **Bank of America**<br>PO Box 982235<br>El Paso, TX 79998 | (14721623)<br>(cr) |
| **Bank of America, N.A.**<br>POB 2010<br>Moorpark, CA 93020 | (14721624)<br>(cr) |
| **BANK OF AMERICA, N.A.**<br>C/O BRIAN CRAIG NICHOLAS<br>KML Law Group, P.C.<br>701 Market Street, Ste. 5000<br>Philadelphia, PA 19106 | (14724032)<br>(ntcapr) |
| **BANK OF AMERICA, N.A.**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (14723751)<br>(ntcapr) |
| **City of Philadelphia**<br>Law Department, Enforecment Div.<br>1515 Arch Street, 15th Fl.<br>Philadelphia, PA 19102-1508 | (14721625)<br>(cr) |
| **COMCAST**<br>PO BOX 1931<br>Burlingame, CA 94011 | (14726715)<br>(cr) |
| **Comcast Cablevision**<br>11400 Northeast Ave.<br>Philadelphia, PA 19116-3445 | (14723154)<br>(cr) |
| **Comcast Cablevision**<br>11400 Northeast Ave.<br>Philadelphia, PA 19116-3445 | (14721626)<br>(cr) |
| **Educational Credit Management Corporation**<br>PO Box 16408<br>St. Paul, MN 55116-0408 | (14729628)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (14723155)<br>(cr) |

P.G.W.
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050
(14723156)
(cr)

P.G.W.
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050
(14721628)
(cr)

P.G.W.
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050
(14721627)
(cr)

PA Department of Revenue
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946
(14721630)
(cr)

PA Department of Revenue
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946
(14721629)
(cr)

PECO
2301 Market Street, 04 NW
Philadelphia, PA 19101
(14735981)
(cr)

PECO Bankruptcy Collections
2301 Market Street, N3-1
Philadelphia, PA 19103
(14721631)
(cr)

PECO Bankruptcy Collections
2301 Market Street, N3-1
Philadelphia, PA 19103
(14723157)
(cr)

Pennsylvania Department of Revenue
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128
(14723114)
(cr)

PennyMac
POB 514387
Los Angeles, CA 90051
(14721632)
(cr)

PennyMac
POB 514387
Los Angeles, CA 90051
(14723158)
(cr)

Pennymac Loan Services
POB 514387
Los Angeles, CA 90051-4387
(14723159)
(cr)

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020
(14733037)
(cr)

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847
(14722529)
(cr)

| | |
|---|---|
| Water Revenue Bureau<br>1401 J.F.K. Blvd.<br>Philadelphia, PA 19102 | (14721633)<br>(cr) |
| Water Revenue Bureau<br>1401 J.F.K. Blvd.<br>Philadelphia, PA 19102 | (14723160)<br>(cr) |
| Water Revenue Bureau<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | (14740706)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/11/2025 12:02:40 | | | |
| PACER Login: | Ireland1969 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 22-12470-djb Creditor Type: All |
| Billable Pages: | 2 | Cost: | 0.20 |