IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | SHAMAR DAVID | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | Bankruptcy No. 22-12470 |

# <u>O R D E R</u>

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan

**(Doc. #86)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (**Doc. #88**) is **APPROVED**.

**Date:**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**

**Date: June 12, 2025**