*Form 242* (3/23)–doc 102 – 96

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Shamar David ) | Case No. 22–12470–djb |
|    aka Shamar David–Fetherson ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF INACCURATE FILING

Re: Doc.# [96] Application for Compensation

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☑ Other: **PROPOSED ORDER NOT ATTACHED TO APPLICATION**

In order for this matter to proceed, please submit the above noted correction on or before July 15, 2025, otherwise, the matter will be referred to the Court.

Date: July 1, 2025

For The Court

Timothy B. McGrath
Clerk of Court