**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:        SHAMAR DAVID        :        CHAPTER 13
                                         :
                                         :
        DEBTOR               :        BANKRUPTCY No. 22-12470 DJB

**<u>SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES</u>**

        Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:        $500.00
Net amount to be paid by the Trustee     $500.00

BY THE COURT:

_____
    THE HONORABLE DEREK J. BAKER

Dated:_____
**Date: July 9, 2025**