*Form 167* (1/25)–doc 109 – 107

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br>  Shamar David  )<br>  aka Shamar David–Fetherson  )<br>  )<br>  Debtor(s).  )<br>  )<br>  ) | Case No. 22–12470–djb<br><br>Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor PENNYMAC LOAN SERVICES, LLC

on: 1/15/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107


Date: December 10, 2025                                               For The Court

                                                                      Mohung Wong
                                                                      Clerk of Court