**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | SHAMAR DAVID | : Bankruptcy No. 22-12470 |
| | | : |
| | | : |
| | DEBTOR | :   Chapter 13 |

<u>**CERTIFICATION OF SERVICE**</u>

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

·Motion to Modify Plan

·Notice of Motion to Modify Plan

·Modified Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 2/20/26                     /Zachary Perlick/
                                  Zachary Perlick, Esquire
                                  1420 Walnut Street, Suite 718
                                  Philadelphia, PA  19102
                                  (215) 569-2922
                                  zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)
DENISE ELIZABETH CARLON
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

dcarlon@kmllawgroup.com
bkgroup@kmllawgroup.com
Creditor

Via: _X_ CM/ECF    ___1st Class Mail ____Certified Mail ___e-mail:_____ _Other:

Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216-5028
614 220 5611
amps@manleydeas.com
Creditor

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ _Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF   ___1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

Stephanie Andrilla
1019 Federal Street
Philadelphia, PA 19147
Debtor

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors on the attached list

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Bank of America**
6400 Legacy Drive
Plano, TX 75024

(14721622)
(cr)

**Bank of America**
PO Box 982235
El Paso, TX 79998

(14721623)
(cr)

**Bank of America, N.A.**
POB 2010
Moorpark, CA 93020

(14721624)
(cr)

**BANK OF AMERICA, N.A.**
C/O BRIAN CRAIG NICHOLAS
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA 19106

(14724032)
(ntcapr)

**BANK OF AMERICA, N.A.**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

(14723751)
(ntcapr)

**City of Philadelphia**
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508

(14721625)
(cr)

**COMCAST**
PO BOX 1931
Burlingame, CA 94011

(14726715)
(cr)

**Comcast Cablevision**
11400 Northeast Ave.
Philadelphia, PA 19116-3445

(14723154)
(cr)

**Comcast Cablevision**
11400 Northeast Ave.
Philadelphia, PA 19116-3445

(14721626)
(cr)

**Educational Credit Management Corporation**
PO Box 16408
St. Paul, MN 55116-0408

(14729628)
(cr)

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(14723155)
(cr)

**P.G.W.**
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050

(14723156)
(cr)

**P.G.W.**
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050

(14721628)
(cr)

**P.G.W.**
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050

(14721627)
(cr)

**PA Department of Revenue**
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

(14721630)
(cr)

**PA Department of Revenue**
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

(14721629)
(cr)

**PECO**
2301 Market Street, 04 NW
Philadelphia, PA 19101

(14735981)
(cr)

**PECO Bankruptcy Collections**
2301 Market Street, N3-1
Philadelphia, PA 19103

(14721631)
(cr)

**PECO Bankruptcy Collections**
2301 Market Street, N3-1
Philadelphia, PA 19103

(14723157)
(cr)

**Pennsylvania Department of Revenue**
Bankruptcy Division PO BOX 280946
Harrisburg, PA 17128

(14723114)
(cr)

**PennyMac**
POB 514387
Los Angeles, CA 90051

(14721632)
(cr)

**PennyMac**
POB 514387
Los Angeles, CA 90051

(14723158)
(cr)

**Pennymac Loan Services**
POB 514387
Los Angeles, CA 90051-4387

(14723159)
(cr)

| | |
|---|---|
| **PennyMac Loan Services, LLC.**<br>P.O. Box 2410<br>Moorpark, CA 93020 | (14733037)<br>(cr) |
| **Regional Acceptance Corporation**<br>PO Box 1847<br>Wilson, NC 27894-1847 | (14722529)<br>(cr) |
| **Water Revenue Bureau**<br>1401 J.F.K. Blvd.<br>Philadelphia, PA 19102 | (14721633)<br>(cr) |
| **Water Revenue Bureau**<br>1401 J.F.K. Blvd.<br>Philadelphia, PA 19102 | (14723160)<br>(cr) |
| **Water Revenue Bureau**<br>c/o City of Philadelphia Law Department<br>Tax & Revenue Unit<br>Bankruptcy Group, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | (14740706)<br>(cr) |