IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:        SHAMAR DAVID          :        CHAPTER 13
                                    :
                                    :
              DEBTOR                :        Bankruptcy No. 22-12470

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan

**(Doc. #113)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  The Debtor's Amended Chapter 13 Plan (**Doc. #115)** is **APPROVED**.

**Date: March 26, 2026**

_____
**DEREK J. BAKER**
**U.S. BANKRUPTCY JUDGE**