**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:          SHAMAR DAVID          :          CHAPTER 13
                                       :
                                       :
                DEBTOR                 :          BANKRUPTCY No. 22-12470 DJB

### ORDER TO ALLOW SUPPLEMENTAL COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:          $500.00
Net amount to be paid by the Trustee          $500.00

BY THE COURT:

_____
THE HONORABLE DEREK J. BAKER

Dated: **April 24, 2026**